IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 2:14mj204-CSC |
| ) | |
| DAVID PAUL ASH ) | |

**O R D E R**

For good cause, it is

**ORDERED** that the detention hearing and preliminary hearing presently set for **December 12, 2014 at 1:30 p.m.** be and is hereby **RESET** for **December 11, 2014 at 3:00 p.m.**, **in Courtroom, 4-B**, at the Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, Montgomery, Alabama.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Done this the 10th day of December, 2014.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE