IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 2:14mj204-CSC |
| ) | |
| DAVID PAUL ASH ) | |

## ORDER

Upon consideration of the defendant's *Notices of Waiver of Detention and Preliminary Hearings* (docs. # 14 & 15), and for good cause, it is

**ORDERED** that the detention and preliminary hearings set for 3:00 p.m. on December 11, 2014 be and are hereby **CANCELED**. It is further

**ORDERED** that the defendant shall be held to appear for further proceedings as ordered by the court, FED.R.CRIM.P. 5.1(e), in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Done this 11th day of December, 2014.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE